# EXHIBIT "A"

DocuSign Envelope ID: BFF66E0E-CEAF-41D8-B0A0-F0CD46099F9E

IL-102 7/1/2017

# RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| CARVANA, LLC | Gusti M Roseman | No. | 2000386420 |
| 63 PIERCE RD | 14608 Center Ave | Date | 09/23/19 |
| WINDER GA 30680-7280 | Harvey IL 60426 | | |

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 400.00 |
|---|---|---|---|---|
| 18.93 % | $ 13,327.59 | $ 19,576.25 | $ 32,903.84 | $ 33,303.84 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 71 | $ 457.00 | monthly beginning 10/24/19 |
| 1 | $ 456.84 | 09/24/25 |
| N/A | $ N/A | N/A |

**Security.** You are giving us a security interest in the Property purchased.
**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of 5% of the payment due on installments in excess of $200.00 or $10.00 on installments of $200.00 or less.
**Prepayment.** If you pay off this Contract early, you will not have to pay a penalty.
**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2018 | Dodge | Journey | Sport Utility | 3C4PDCAB7JT375618 | 29222 |

Other: N/A

☐ New
☒ Used
☐ Demo

### FOR USED VEHICLES ONLY

Illinois law requires that this vehicle will be free of a defect in a power train component for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. "Power train component" means the engine block, head, all internal engine parts, oil pan and gaskets, water pump, intake manifold, transmission, and all internal transmission parts, torque converter, drive shaft, universal joints, rear axle and all rear axle internal parts, and rear wheel bearings. You (the consumer) will have to pay up to $100 for each of the first 2 repairs if the warranty is violated.

**ATTENTION CONSUMER: SIGN HERE ONLY IF THE SELLER HAS TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM OR PROBLEMS AND YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:**
**ATENCIÓN CONSUMIDOR: FIRME AQUÍ SOLAMENTE SI EL VENDEDOR LE HA DICHO QUE EL VEHÍCULO TIENE EL/LOS SIGUIENTE(S) PROBLEMA(S) Y USTED ESTÁ DE ACUERDO EN COMPRAR EL VEHÍCULO SEGÚN ESTOS TÉRMINOS:**

1. N/A        2. N/A        3. N/A

X N/A _____ (Date)   X N/A _____ (Date)   X N/A _____ (Date)
Buyer Signs                Buyer Signs                Buyer Signs

RSSIMVLFLZIL 7/1/2017

Retail Installment Contract-IL Not for use in transactions secured by a dwelling.
Bankers Systems®
The Reynolds and Reynolds Company ©2017

Page 1 of 6